PHILLIP A. TALBERT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARK SIGL,<br><br>   Defendant. | CASE NO.  2:24-cr-00189-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 10, 2024<br>TIME: 9:00 a.m.<br>COURT: John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 10, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **November 5, 2024, at 09:00 a.m.**, and to exclude time between September 10, 2024, and November 5, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 400 pages of documents, numerous photographs, and multiple video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)  Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charge, review and copy discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.  Counsel for defendant will be occupied in state court for trial during the week of September 9, 2024.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2024 to November 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  September 3, 2024                    /s/ Mark Reichel
                                             Mark Reichel
                                             Counsel for Defendant
                                             Mark Sigl

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 04, 2024                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE