MICHELE BECKWITH
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK SIGL,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00189-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: January 21, 2025<br>TIME: 9:00 a.m.<br>COURT: John A. Mendez |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on January 21, 2025.

　　2.　　By this stipulation, defendant now moves to continue the **status conference** until **April 08, 2025**, **at 09:00 a.m.**, and to exclude time between January 21, 2025, and April 08, 2025, under Local Code T4.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 400 pages of documents, numerous photographs, and multiple video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　　　b)　　Counsel for defendant desires additional time to consult with his client, review the

current charges, conduct investigation and research related to the charge, review the discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 21, 2025 to April 08, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 13, 2025                          MICHELE BECKWITH
                                                  Acting United States Attorney


                                                  /s/ ZULKAR KHAN
                                                  ZULKAR KHAN
                                                  Assistant United States Attorney


Dated:  January 13, 2025                          /s/ MARK REICHEL
                                                  MARK REICHEL
                                                  Counsel for Defendant
                                                  Mark Sigl




                              **ORDER**

IT IS SO ORDERED.


Dated: January 15, 2025                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE