MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
MARK SIGL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>MARK SIGL<br><br>           Defendant | Case No.: 2:24-cr-00189-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>Date: November 4, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |

## STIPULATION

The parties hereby agree to re set the sentencing date and schedule for the disclosure of the Presentence Investigation and Report as follows:

Judgment and sentencing date: **11/04/2025, at 09:00 a.m.**

Reply or statement of non-opposition: **10/28/2025**

Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: **10/21/2025**

STIPULATION AND ORDER
1

The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than:

**10/14/2025**

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **10/07/2025**

The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: **9/23/2025**

IT IS SO STIPULATED.

Dated: August 7, 2025

    KIMBELRY SANCHEZ
    Acting United States Attorney

    */s/ ZULKAR KHAN*
    Assistant United States Attorney

    */s/ MARK REICHEL*
    MARK REICHEL

Dated: August 7, 2025
    Counsel for Defendant

## ORDER

IT IS SO ORDERED.

August 07, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
2