**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARK SIGL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK SIGL, <br><br> Defendant | Case No. 2:24-cr-00189-JAM <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** <br><br> DATE: February 10, 2026 <br> TIME: 9:00 AM <br> COURT: Hon. JOHN A. MENDEZ |

## STIPULATION

The parties hereto, the probation department, the United States, and the defendant, have agreed to continue the date for sentencing to February 10, 2026. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 10, 2026 |
| Reply, or Statement of Non-Opposition: | February 3, 20266 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 27, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | January 20, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 13, 2026 |
| The draft Presentence Report was disclosed to the parties on: | September 23, 2025 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

*Second Stipulation & Order to Continue Sentencing*
*2*

Dated: October 21, 2025            Eric Grant
                                   United States Attorney

                                   */s/ZULKAR KHAN*
                                   ZULKAR KHAN
                                   Assistant United States Attorney

Dated: October 21, 2025            REICHELLAW PC

                                   */s/ MARK REICHEL*
                                   MARK REICHEL
                                   Counsel for Defendant
                                   Mark Sigl

## ORDER

Based on the stipulation of the parties, the November 04, 2025 sentencing hearing in this matter is **RESET** for **February 10, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.  The above presentence report schedule is hereby **ADOPTED**.

IT SO ORDERED.

Dated:  October 23, 2025

                                   _____
                                   JOHN A. MENDEZ,
                                   SENIOR UNITED STATES DISTRICT JUDGE